CAPITAL PROMOTIONS, L.L.C., Plaintiff–Appellant,

v.

Don KING, Defendant–Appellee.

No. 08–2484.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 14, 2009.

Filed: Jan. 26, 2009.

Joseph Gilbert Bertogli, Kenneth R. Munro, Munro Law Office, Des Moines, IA, Plaintiff–Appellant.

Mari Culver, Duncan & Green, Des Moines, IA, James A. Morsch, Gerald G. Saltarelli, Butler & Rubin, Chicago, IL, Defendant–Appellee.

Before LOKEN, Chief Judge, WOLLMAN and SHEPHERD, Circuit Judges.

PER CURIAM.

Capital Promotions, L.L.C., commenced this diversity action in the United States District Court for the Southern District of Iowa, alleging that boxing promoter Don King tortiously interfered with Capital's exclusive contractual relationship with boxer Tyeson Fields. King moved to dismiss for lack of personal jurisdiction. Conceding that King is a Florida resident without assets, agents, property, or physical presence in Iowa, Capital argued that personal jurisdiction is proper because King made phone calls to Capital's officials in Iowa, and because Capital, an Iowa corporation,

bore the brunt of the harm caused by King's tortious conduct.

The district court[1] granted the motion to dismiss, concluding in a thorough opinion that King lacked minimum contacts with Iowa sufficient under Iowa law and the Due Process Clause to subject him to the personal jurisdiction of an Iowa court. Capital appeals. After careful review of the record, we affirm for the reasons stated in the district court's order dated June 6, 2008. *See* 8th Cir. R. 47B.

---

1. The HONORABLE ROBERT W. PRATT, Chief Judge of the United States District Court for the Southern District of Iowa.